UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,      Case No. 2:19-cr-11

      Plaintiff,     Hon. Paul L. Maloney
    U.S. District Judge

v.

NICHOLAS JAMES PACALA,

      Defendant.
_____/

**REPORT AND RECOMMENDATION**

Pursuant to W.D. Mich. LCrR 11.1, I conducted a plea hearing in this case on April 26, 2021, after receiving the written consent of defendant and all counsel. At the hearing, Defendant Nicholas James Pacala entered a plea of not guilty only by reason of insanity to Count I of the Indictment, which charges him with of assault resulting in serious bodily harm in violation of 18 U.S.C. §§ 113(a)(6), (b)(2), 2251 and 1153, in exchange for the promises made by the Government in the written plea agreement.

On the basis of the record made at the hearing, I find:

1. that Defendant is fully capable and competent to enter an informed plea;

2. that the plea is made knowingly and with full understanding of each of the rights waived by Defendant;

3. that Defendant's not-guilty-only-by-reason-of-insanity plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; and the Government's agreement, made on the record, to move to dismiss Count 2.

4.     that the Defendant understands the nature of the charge and penalties provided by law; and

5.     that the not-guilty-only-by-reason-of-insanity plea has a sufficient basis in fact.

I therefore recommend that Defendant's plea of not guilty only by reason of insanity be accepted, that the court (a) adjudicate Defendant not guilty only by reason of insanity, (b) that the written plea agreement be accepted, and (c) that Count 2 of the indictment be dismissed with prejudice.

Acceptance of the plea, adjudication of not-guilty-only-by-reason-of-insanity, dismissal of Count 2 and acceptance of the plea agreement are specifically reserved for the district judge.

Date:   April 26, 2021         /s/ *Maarten Vermaat*
                                          MAARTEN VERMAAT
                                          UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than twenty-four hours (24 hours) after the plea hearing. *See* W.D. Mich. LCrR 11.1