UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　　　Case No. 2:19-cr-11

v.　　　　　　　　　　　　　　　　　　　　HONORABLE PAUL L. MALONEY

NICHOLAS JAMES PACALA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Maarten Vermaat in this action (ECF No. 60). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. Defendant's plea of not-guilty-only-by-reason-of-insanity to Count 1 is accepted and defendant is adjudicated not-guilty-only-by-reason-of-insanity on Count 1.

3. The written plea agreement is accepted.

4. Count 2 of the Indictment is DISMISSED WITH PREJUDICE.

Dated: April 30, 2021　　　　　　　　　　　　　/s/ Paul L. Maloney_____
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge